**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Ashley Bahena,<br><br>           Plaintiff,<br><br>v.<br><br><br>La Senza Inc.,<br><br>           Defendant. | Case No.: 1:25-cv-10375<br><br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Ashley Bahena and Defendant La Senza Inc., have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: April 13, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

/s/ David Reyes
By: David Reyes
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
D: 718-554-0237
Email: dreyes@ealg.law